LILLIAN E. FILLE *v.* WILLIAM GANNON

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*John E. Lee,* for the appellee (plaintiff).

*Robert B. Cohen,* for the appellant (defendant).

Argued January 2—decided January 2, 1973

RICHARD S. SMITH ET AL. *v.* WILLIAM C. FRANK ET AL.

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Walter A. Stewart, Jr.,* for the appellants (defendants).

No appearance for the appellees (plaintiffs).

Argued January 2—decided January 2, 1973

TOWN OF SOUTHINGTON ET AL. *v.* JOHN D'ANGELO

The named plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*Gerald C. Mitchell,* for the appellee (named plaintiff).

*George V. Lawler,* for the appellant (defendant).

Argued January 2—decided January 2, 1973